In re Sun Drilling Products Corp.; Heller, Hickox, Dimeling, et al.; Astugue, Hyppo-lete; Reese, Susan; Heller, Douglas P.; Hickox, George K., Jr.; Dimeling, William R.; Schreiber, Richard R.; Park, Steven J.; Tuten, John C.; — Plaintiff(s); applying for supervisory and/or remedial writs; to the Court of Appeal, Fourth Circuit, No. 97CW-2112; Parish of Plaquemines, 25th Judicial District Court, Div. “B”, No. 41-857.
Denied.
MARCUS and LEMMON, JJ., would grant the writ.
TRAYLOR, J., not on panel.